# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

LAWANDA SMITH, INDIVIDUALLY
AND ON BEHALF OF KARLOS D.
SMITH AND DIANA GRAHAM

NO.  2019 CW 0620

VERSUS

NATIONAL GENERAL INSURANCE
COMPANY AND HEATHER HOLLOWAY

**SEP 3 0 2019**

---

In Re:    Ernest Southerland, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, Nos. 671218 c/w 671222.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**  This writ application fails to include all transcripts of the hearings held in this matter, copies of all evidence admitted by the City Court, and the record reviewed by the 19th Judicial District Court on appeal.  Moreover, defendant/relator, Ernest Southerland, failed to include his answer, peremptory exception of prescription, any opposition thereto, and court minutes, all violations of Rule 4-5(C)(8), (9), and (10), respectively.  These items are necessary for review of the lower courts' judgments.

Supplementation of this writ application and/or an application for rehearing will not be considered.  See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4.9.

Any future filing as to the judgments should include the entire contents of this application, the missing items noted above, and a copy of this ruling.  In the event relator elects to file a new application with this court, the application shall be filed on or before October 14, 2019.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT